IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**WILLIE IRONE SIMMONS**                                                                      **PLAINTIFF**

**VERSUS**                                       **CIVIL ACTION NO. 3:07-cv-426-HTW-LRA**

**BILLIE HUGHES, TOBY JONES,**
**KYLE HUHN AND PERRY ASHLEY**                                     **DEFENDANTS**

<u>FINAL JUDGMENT</u>

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 27th day of December, 2007.

                                            s/ HENRY T. WINGATE
                                            CHIEF UNITED STATES DISTRICT JUDGE